### LAURENT DUROCHER, EXECUTOR, ETC., OF MARIE B. LASSELLE, DECEASED, *versus* THOMAS CALDWELL, ADMINISTRATOR, ETC., OF JAMES LASSELLE, DECEASED.

JOURNAL ENTRIES (1826): *Journal 4:* (1) Dismissed *p. 97.
PAPERS IN FILE: (1) Precipe for summons; (2) summons and return; (3) declaration; (4) craver of oyer of bond; (5) demurrer to declaration; (6) joinder in demurrer; (7) stipulation for dismissal; (8) copy of bond.
*1824–36 Calendar*, MS p. 89.

### GEORGE GILES *versus* CHARLES MARTIN.

JOURNAL ENTRIES (1826): *Journal 4:* (1) Rule to strike from docket *p. 98.
PAPERS IN FILE: (1) Affidavit for certiorari, allocatur; (2) precipe for certiorari.
*1824–36 Calendar*, MS p. 111.

### FRANÇOIS TURGOT, ADMINISTRATOR, ETC., OF JOSEPH BOURDEAU, DECEASED, *versus* JEAN BAPTISTE LATOUR, ET AL ....

JOURNAL ENTRIES (1826–31): *Journal 4:* (1) Continued *p. 98; (2) continued *p. 138; (3) reference *p. 186; (4) death suggested, continued *p. 239; (5) death suggested *p. 274; (6) continued *p. 333; (7) case ordered transferred to circuit court *p. 488.
PAPERS IN FILE: [None]
*1824–36 Calendar*, MS p. 109.

### DAVID W. HAWLEY *versus* NANCY HAWLEY.

JOURNAL ENTRIES (1826): *Journal 4:* (1) Motion to take bill as confessed *p. 98; (2) bill taken as confessed, referred to master *p. 107; (3) decree *p. 112.
PAPERS IN FILE: (1) Bill of complaint; (2) writ of subpoena and return; (3) motion for pro confesso; (4) notice of taking depositions, proof of service; (5) depositions of William Wilson and Joseph Tremblé; (6) master's report; (7) draft of decree.
*Chancery Case* 54 of 1825.